# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROGER JAVERS

NO. 2024 KW 0615

**SEPTEMBER 9, 2024**

---

In Re:     Roger Javers, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 21-CR5-148213.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED AS MOOT.** The records of the Washington Parish Clerk of Court's Office reflect that the district court acted on relator's "Motion For Clarification Of Sentence" on December 8, 2023. The clerk of court's records further indicate that the district court's ruling was mailed to relator on December 21, 2023.

**PMc**
**JEW**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT